UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDDIE J. BANKS (#443105)

VERSUS

BURL N. CAIN, ET AL.

CIVIL ACTION

NO. 15-0017-BAJ-EWD

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated February 6, 2018[1] to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Petitioner's application for habeas corpus relief is DENIED, without prejudice, as untimely. Further, in the event that Petitioner seeks to pursue an appeal, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, on February 27, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 12